**Order entered January 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00453-CV

**PRISCILLA BOUIE, Appellant**

**V.**

**KIRKLAND'S STORES INCORPORATED, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00666-2011**

## ORDER

The Court has before it appellant's December 28, 2012 motion for extension of time to file her brief on the merits. The Court **GRANTS** the motion in part and **ORDERS** appellant to file her brief within thirty days of the date of this order.

/s/    MOLLY FRANCIS
          JUSTICE